IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIA NEVEZI,

    Plaintiff,                              CIV S-08-2837 KJM

    vs.

MICHAEL J. ASTRUE,                    ORDER TO SHOW CAUSE
Commissioner of Social Security,

    Defendant.
_____/

        An answer and administrative transcript was filed in this action on April 14, 2009. Under the scheduling order filed December 11, 2008, plaintiff's motion for summary judgment was to be filed within forty-five days of the filing of the administrative transcript. That time has now passed and plaintiff has not filed a motion for summary judgment.

        Accordingly, IT IS HEREBY ORDERED that within ten days from the filing of this order, plaintiff shall show cause, in writing, why this action should not be dismissed for lack of prosecution.

DATED: June 24, 2009.

_____
U.S. MAGISTRATE JUDGE

006
nevezi.osc

1