IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIA NEVEZI,

        Plaintiff,                      CIV S-08-2837 JAM KJM

     vs.

MICHAEL J. ASTRUE,              <u>ORDER</u>
Commissioner of Social Security,

        Defendant.

_____/

        Plaintiff has responded to the order to show cause. Good cause appearing, IT IS HEREBY ORDERED that:

        1. The order to show cause is discharged.

        2. No later than July 31, 2009, plaintiff shall file a motion for summary judgment in compliance with the form as set forth in paragraph six of the scheduling order. Defendant's opposition shall be filed within thirty days thereafter.

        3. The Clerk of Court is directed to re-serve plaintiff with a copy of the December 11, 2008 scheduling order.

DATED: June 30, 2009.

                                              _____
                                              U.S. MAGISTRATE JUDGE

006
nevezi.sch

1